CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 0 3 2005
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY D. MARTIN, <br> Petitioner, | Civil Action No. 7:05CV00337 |
| v. | **FINAL ORDER** |
| CLIFFORD F. HAPGOOD, <br> Respondent. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**, and the petition shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 3rd day of Nov., 2005.

/s/ Jackson L. Kiser
Senior United States District Judge